No. 74–6047.  BROWN *v.* BRITT, WARDEN, ET AL.  Motion for leave to file petition for writ of habeas corpus denied.

No. 74–1049.  SULLIVAN, CORRECTIONS COMMISSIONER, ET AL. *v.* JOHNSON, U. S. DISTRICT JUDGE.  Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 74–940.  COLORADO RIVER WATER CONSERVATION DISTRICT ET AL. *v.* UNITED STATES; and
No. 74–949.  AKIN ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari granted.  Cases consolidated and a total of one hour allotted for oral argument.

No. 74–5808.  FRANCIS *v.* HENDERSON, WARDEN.  C. A. 5th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–1175.  BERKOWITZ ET AL. *v.* UNITED STATES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 73–6493.  VELAZQUEZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 74–193.  WISCONSIN *v.* NATIONAL LIBERTY LIFE INSURANCE Co.  Sup. Ct. Wis.  Certiorari denied.

No. 74–519.  FRANKEL *v.* AMERICAN EXPORT ISBRANDTSEN LINES, INC.  Ct. App. N. Y.  Certiorari denied.

No. 74–922.  HOWARD *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.